IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06- 136 |
| ) | |
| MICHAEL T. JACKSON, ) | |
| ) | REDACTED |
| Defendant. ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about October 3, 2006, in or near Wilmington, in the State and District of Delaware, Michael T. Jackson, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Side Kick H&R .22 caliber revolver, Model No. 929, Serial No. V7704, after having been convicted on or about November 14, 2005, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the State of Delaware, in and for New Castle County, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### COUNT TWO

On or about October 3, 2006, in or near Wilmington, in the State and District of Delaware, Michael T. Jackson, defendant herein, did knowingly possess a mixture or substance containing cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 844(a).

### NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, defendant Michael T. Jackson, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §

2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

- a Side Kick H&R .22 caliber revolver, Model No. 929, Serial No. V7704
- Seven .22 caliber rounds of ammunition

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
Robert F. Kravetz
Assistant U.S. Attorney

Dated: November 28, 2006

2