IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 06- 136 |
| | ) |
| MICHAEL T. JACKSON | ) |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Michael T. Jackson, as a result of the Indictment returned against him on November 28, 2006.

COLM F. CONNOLLY
United States Attorney

By: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney

Dated: November 28, 2006

AND NOW, this _28_ day of _November_, 2006, upon the foregoing Motion, IT IS ORDERED that a warrant issue for the arrest and apprehension of Michael T. Jackson.

Honorable Mary Pat Thynge
United States Magistrate Judge