REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06- 136. |
| ) | |
| MICHAEL T. JACKSON, ) | |
| ) | |
| Defendant. ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On November 28, 2006, Michael T. Jackson was indicted for Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), and Possession of Cocaine Base, in violation of 21 U.S.C. § 844(a).

2. Michael T. Jackson is currently a pretrial detainee on various State offenses. The defendant is detained at the Gander Hill Multi-Purpose Criminal Justice Facility, Wilmington, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Wednesday, December 6, 2006, at 9:00 a.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Gander Hill Multi-Purpose Criminal Justice Facility, to bring the said defendant Michael T. Jackson before this Court on December 6, 2006, at 9:00 a.m. for an Initial Appearance and to be returned to the Warden for Gander Hill Multi-Purpose Criminal Justice Facility after the Initial Appearance.

                                      COLM F. CONNOLLY
                                      United States Attorney

                            By: _____
                                Robert F. Kravetz
                                Assistant United States Attorney

Dated: November 28, 2006

        **IT IS SO ORDERED** this 29th day of November, 2006.

                                   _____
                                   HONORABLE MARY PAT THYNGE
                                   United States Magistrate Court