## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL T. JACKSON<br>    Defendant. | §<br>§<br>§   CRIMINAL ACTION NO. 06-136-UNA<br>§<br>§<br>§<br>§ |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF GANDER HILL MULTI-PURPOSE CRIMINAL JUSTICE FACILITY, WILMINGTON, DELAWARE

GREETINGS:

    We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **MICHAEL T. JACKSON** who is now detained and imprisoned in the GANDER HILL MULTI-PURPOSE CRIMINAL JUSTICE FACILITY and who is a defendant in the above-entitled cause, in which cause the said **MICHAEL T. JACKSON** was charged with a violation of 18 U.S.C. SECTION 922(g)(1) and 21 U.S.C. SECTION 844(a) for an **INITIAL APPEARANCE on WEDNESDAY, DECEMBER 6, 2006** at **9:00 AM** and to be returned to the Warden of the GANDER HILL MULTI-PURPOSE CRIMINAL JUSTICE FACILTY after the Initial Appearance.

    And have you then and there this writ.

    To the Marshal of the District of Delaware to execute.
WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 30TH day of NOVEMBER 2006.

                                             PETER T. DALLEO, CLERK

                                        By: *Evette Watson*
                                                     Deputy Clerk