\* Filed in open court 12/6/06 (ew)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **REDACTED** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-136 |
| | ) | |
| MICHAEL T. JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

### AMENDED PETITION FOR WRIT OF
### HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On November 28, 2006, Michael T. Jackson was indicted for Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), and Possession of Cocaine Base, in violation of 21 U.S.C. § 844(a).

2. Michael T. Jackson (d.o.b.            ) is currently a pretrial detainee on various State offenses. The defendant is detained at the Gander Hill Multi-Purpose Criminal Justice Facility, Wilmington, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Wednesday, December 6, 2006, at 9:00 a.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Gander Hill Multi-Purpose Criminal Justice Facility, to bring the said defendant Michael T. Jackson before this Court on December 6, 2006, at 9:00 a.m. for an Initial Appearance and to keep the defendant in federal custody until the conclusion of the proceedings.

         COLM F. CONNOLLY
         United States Attorney

By: /s/ Robert F. Kravetz
    Robert F. Kravetz
    Assistant United States Attorney

Dated:  December 6, 2006

**IT IS SO ORDERED** this ___6___ day of ___December___, 2006.

        /s/ Mary Pat Thynge
        HONORABLE MARY PAT THYNGE
        United States Magistrate Court