AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

MICHAEL T. JACKSON

**WARRANT FOR ARREST**

Case Number: CR 06-136

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MICHAEL T. JACKSON _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

POSSESSION OF A FIREARM BY A CONVICTED FELON - ( COUNT I );
POSSESSION OF COCAINE BASE - ( COUNT II )

FILED
DEC 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title ___ 18 ___ United States Code, Section(s) ___ 922(g)(1), 924(a)(2) ___

PETER T. DALLEO
Name of Issuing Officer

BY: [signature] : DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

NOVEMBER 28, 2006 AT WILMINGTON, DE
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Michael T. Jackson

| DATE RECEIVED 11/28/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/6/06 | Toby M. Conrad DUSM | Toby M. C____ |