UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-136-GMS |
| | : | |
| Michael T. Jackson | : | |
| | : | |
| Defendant. | : | |
| | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Edson Bostic, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Michael T. Jackson, in the above-captioned matter.


   /s/
EDSON BOSTIC, ESQUIRE


   /s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant Michael T. Jackson

DATED: December 13, 2006

**CERTIFICATE OF SERVICE**

    The undersigned attorney for defendant Michael T. Jackson, hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on December 13, 2006, to:

Robert F. Kravetz<br>
Assistant United States Attorney<br>
1007 Orange Street, Ste. 1007<br>
P.O. Box 2046<br>
Wilmington, DE 19899

    /s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant Michael T. Jackson

DATED: December 13, 2006