UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-136-GMS |
| MICHAEL T. JACKSON, | : | |
| Defendant. | : | |

## ORDER

Having considered Defendant's Motion to Extend the Time for the Filing of Pre-Trial Motions,

**IT IS HEREBY ORDERED** this 24th day of January, 2007, that Defendant Michael Motion is **GRANTED** and the time period for the filing of pre-trial motions is extended to February 23, 2007

*[signature]*

The Honorable Gregory M. Sleet
U.S. District Court

cc:  AUSA Robert F. Kravetz
     AFPD Christopher S. Koyste



FILED
JAN 2 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE