IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA            :

                                    :

         v.                         : Criminal No. 06-136 GMS

                                    :

MICHAEL T. JACKSON

                                    :

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a change of plea hearing regarding the above-captioned

defendant is scheduled for **Thursday, March 22, 2007, at 3:30 p.m.** before the Honorable Gregory

M. Sleet, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street,

Wilmington, DE.


                                    /s/ Gregory M. Sleet
                                    UNITED STATES DISTRICT JUDGE

 February 28, 2007