IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-136-GMS |
| MICHAEL T. JACKSON, | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE
OF SENTENCING HEARING**

Defendant, Michael T. Jackson, by and through his undersigned counsel, Edson A. Bostic, hereby moves the Court for an Order continuing the Sentencing Hearing in this case.

In support of this motion, Mr. Jackson submits as follows:

1.  On or about March 22, 2007, Mr. Jackson appeared before this Court and plead guilty to one count of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Sentencing is currently set for June 27, 2007.

2.  The matter was assigned to Christopher S. Koyste, Assistant Federal Public Defender, as trial counsel.

3.  On June 1, 2007, Mr. Koyste resigned from the Federal Public Defender's Office. As such, Edson A. Bostic, Federal Public Defender, assumed the case as trial counsel.

4.  Because of the reassignment, Mr. Bostic requires additional time to meet with Mr. Jackson and familiarize himself with the case to prepare for sentencing. Additionally, Mr. Bostic also requires additional time to review the Presentence Report with Mr. Bostic and make comments and

objections, if necessary.

5. Accordingly, Mr. Jackson believes that, in the interests of justice, a continuance of the Sentencing Hearing is warranted.

6. Robert F. Kravetz, Assistant United States Attorney, counsel for the government, does not oppose this request.

WHEREFORE, it is respectfully requested that this Court issue an Order continuing the Sentencing Hearing in this case for three (3) weeks.

Respectfully Submitted,

/s/
Edson A. Bostic
Federal Public Defender

Attorney for Defendant Michael T. Jackson

One Customs House
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
ecf_de@msn.com

Dated: June 12, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-136-GMS |
| | : | |
| MICHAEL T. JACKSON, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Having considered Defendant's Unopposed Motion For Continuance Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this _____ day of _____, 2007, that Defendant Jackson's Sentencing Hearing shall be on the \_\_\_\_\_ day of _____, 2007, at \_\_\_\_\_ a.m./p.m.

 

Honorable Gregory M. Sleet
United States District Court