IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-136-GMS |
| MICHAEL T. JACKSON, | : |
| Defendant. | : |

## ORDER

Having considered Defendant's Unopposed Motion For Continuance Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this __13th__ day of __June__, 2007, that Defendant Jackson's Sentencing Hearing shall be on the __20th__ day of __July__, 2007, at __2:00 p.m.__ a.m./p.m.

_____
Honorable Gregory M. Sleet
United States District Court

FILED

JUN 13 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE