IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-136 (GMS) |
| | : |
| MICHAEL T. JACKSON | : |
| | : |

## NOTICE OF RESCHEDULING

IT IS HEREBY ORDERED that the sentencing hearing regarding the above-captioned defendant is rescheduled to **Friday, July 20, 2007, at 10:00 a.m., rather than 2:00 p.m.,** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

July 11, 2007