IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-136-GMS |
| | ) |
| MICHAEL T. JACKSON, | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER TO DISMISS COUNT II OF THE INDICTMENT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count II of the Indictment returned against Defendant Michael T. Jackson on November 28, 2006, pursuant to the terms of a plea agreement entered into between the parties.

COLM F. CONNOLLY
United States Attorney

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: July 20, 2007

SO ORDERED this 20th day of July 2007.

_____
Honorable Gregory M. Sleet
Chief United States District Judge