# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL T. JACKSON<br>    Defendant. | CRIMINAL ACTION NO. 06-136-UNA |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF GANDER HILL MULTI-PURPOSE CRIMINAL JUSTICE FACILITY, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **MICHAEL T. JACKSON** who is now detained and imprisoned in the GANDER HILL MULTI-PURPOSE CRIMINAL JUSTICE FACILITY and who is a defendant in the above-entitled cause, in which cause the said **MICHAEL T. JACKSON** was charged with a violation of 18 U.S.C. SECTION 922(g)(1) and 21 U.S.C. SECTION 844(a) for an **INITIAL APPEARANCE on WEDNESDAY, DECEMBER 6, 2006** at **9:00 AM** and to be returned to the Warden of the GANDER HILL MULTI-PURPOSE CRIMINAL JUSTICE FACILTY after the Initial Appearance.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 30TH day of NOVEMBER 2006.

CERTIFIED: 12-1-06
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _____
Deputy Clerk

PETER T. DALLEO, CLERK

By: _Evette Watson_
Deputy Clerk



U. S. MARSHALS RETURN
I have Partially (Fully Executed) This Writ By Taking Custody Of The Within Named **Michael Jackson** And Transported Him/Her To **Gander Hill**, on **7/20/07**

**David W. Thomas**
United States Marshal
By: _[signature]_
Deputy Marshal



FILED
AUG - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFIED
AS A TRUE COPY;
ATTEST:
PETER T. DALLEO, CLERK
By:
Deputy Clerk